UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:02-cr-175-LRH-RJJ |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| ANTHONY JAMES PEREZ, | ) | |
| Defendant. | ) | |

Presently before the court is the matter of U.S. v. ANTHONY JAMES PEREZ.

On January 12, 2012, this court held a hearing for revocation of supervised release as to defendant ANTHONY JAMES PEREZ. The Government and the U.S. Probation department request that the revocation in this case be continued to allow ANTHONY JAMES PEREZ to reside in the residential re-enty center/halfway house and participate in the C.A.R.E program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant ANTHONY JAMES PEREZ be released to reside in a residential re-entry center program and participate in the C.A.R.E. program for a period of up to SEVEN (7) MONTHS.

DATED this 12T day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

✓ FILED       \_\_\_ RECEIVED
\_\_\_ ENTERED   \_\_\_ SERVED ON
       COUNSEL/PARTIES OF RECORD

JAN 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY